THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUIYAH ZAMORA, AKA MIQUIYAH J. ZAMORA SIMMONS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LOCK-N-LIFT, INC., a foreign (Nevada) Corporation,<br><br>　　　　　　　　　　Defendant. | Case No.  2:23-cv-00154 BJR<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>June 28, 2023 |

## I. STIPULATION AND MOTION

Counsel of record for Plaintiff Miquiyah Zamora and Defendant Lock-N-Lift, Inc. jointly stipulate and move pursuant to Local Civil Rule 7(d)(1) for entry of the proposed stipulated protective order attached as Exhibit A and incorporated herein by reference. The parties further also present, attached as Exhibit B, for the Court's consideration, pursuant to Local Civil Rule 26(c)(2) a redlined copy of the proposed stipulated protective order comparing the version proposed by the parties with the Court's standard form order.

STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD:

JOINT MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER AND ORDER - 1
Case No. 2:23-cv-00154 BJR

134955.0001/9418608.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1     DATED: June 28, 2023

2                                         LANE POWELL PC

By:   *s/Daniel Miller*
       Jeffrey M. Odom, WSBA No. 36168
       Aaron Schaer, WSBA No. 52122
       Daniel Miller, WSBA No. 56810
       1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
       Seattle, Washington 98111-9402
       Telephone: 206.223.7000
       odomj@lanepowell.com
       schaera@lanepowell.com
       millerd@lanepowell.com
       *Attorneys for Defendant Lock-N-Lift, Inc.*

DATED: June 28, 2023

                                        McKEAN SMITH

By:   *s/Collin C. McKean*
       Collin C. McKean, WSBA No. 42262
       Joel F. Murray, WSBA No. 44786
       355 West Columbia Way, Ste. 504
       Vancouver, Washington 98660
       Telephone: 360.502.7022
       collin@mckeansmithlaw.com
       joel@mckeansmithlaw.com
       *Attorneys for Plaintiff Miquiyah Zamora*

JOINT MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER AND ORDER - 2
Case No. 2:23-cv-00154 BJR

134955.0001/9418608.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## II. ORDER

THE COURT GRANTS the Stipulated Motion and APPROVES the entry of the Stipulated Protective Order, attached as Exhibit A to the parties' stipulation and motion.

Dated: July 6, 2023.

*(signature)*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

DATED: June 28, 2023

LANE POWELL PC

By:   *s/Daniel Miller*
Jeffrey M. Odom, WSBA No. 36168
Aaron Schaer, WSBA No. 52122
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
odomj@lanepowell.com
schaera@lanepowell.com
millerd@lanepowell.com
*Attorneys for Defendant Lock-N-Lift, Inc.*

DATED: June 28, 2023

McKEAN SMITH

By:   *s/Collin C. McKean*
Collin C. McKean, WSBA No. 42262
Joel F. Murray, WSBA No. 44786
355 West Columbia Way, Ste. 504
Vancouver, Washington 98660
Telephone: 360.502.7022
collin@mckeansmithlaw.com
joel@mckeansmithlaw.com
*Attorneys for Plaintiff Miquiyah Zamora*

JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND ORDER - 3
Case No. 2:23-cv-00154 BJR

134955.0001/9418608.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107