The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUIYAH ZAMORA,<br><br>    Plaintiff,<br><br>  v.<br><br>LOCK-N-LIFT, INC.,<br><br>    Defendant. | CASE NO. 2:23-cv-00154-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT TO JOIN NEW PARTY |

BEFORE THE COURT is Plaintiff's Motion for Leave to Amend Its Complaint to Join New Party. Defendant having taken no position on the motion, the Court finds that the requested relief should be **GRANTED**.

Accordingly, **IT IS ORDERD** that Plaintiff may file a First Amended Complaint joining Lock-N-Lift, LLC as a defendant. Dated:  September 12, 2023.

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND HIS COMPLAINT TO JOIN NEW PARTY- 1 -

Case No. 2:23-cv-00154-BJR

McKean Smith
655 W Columbia Way, Ste. 504
Vancouver, WA 98660
P: 360.502.7022
F: 360.558.7973

Presented by:

MCKEAN SMITH

*/s/ JOEL F. MURRAY*

JOEL F. MURRAY, WSBA#44786
McKean Smith
655 W Columbia Way Ste 504
Vancouver, WA 98660-3603
Telephone: (360) 502-7022
Fax: (360) 558-7973
E-Mail: joel@mckeansmithlaw.com

*Attorney(s) for Plaintiff Miquiyah Zamora*

Approved as to form:

LANE POWELL PC

_____
Jeffrey M. Odom, WSBA No. 36168
Daniel Miller, WSBA No. 56810
Aaron Schaer, WSBA No. 52122
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98111-9402
Telephone: 206.223.7000
odomj@lanepowell.com
millerd@lanepowell.com
schaera@lanepowell.com

*Attorneys for Lock-N-Lift, Inc.*

ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND HIS COMPLAINT TO JOIN NEW PARTY- 2 -

Case No. 2:23-cv-00154-BJR

MCKEAN SMITH
655 W Columbia Way, Ste. 504
Vancouver, WA 98660
P: 360.502.7022
F: 360.558.7973