UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUIYAH ZAMORA, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>LOCK-N-LIFT, INC., a Nevada Corporation,<br><br>      Defendant,<br><br>LOCK-N-LIFT, LLC, a Nevada Limited Liability Company,<br><br>      Defendant. | CASE NO. 2:23-cv-00154-BJR<br><br>AMENDED ORDER SETTING TRIAL DATE AND RELATED DATES |

| | |
|---|---|
| TRIAL DATE | November 4, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | April 8, 2024 |
| Discovery completed by | May 10, 2024 |
| All dispositive motions must be filed by | June 6, 2024 |
| All motions *in limine* must be filed by | September 30, 2024 |
| Joint Pretrial Statement | October 7, 2024 |
| Pretrial conference | October 21, 2024 |
| Length of Trial | 5 days |

AMENDED ORDER SETTING TRIAL DATE
AND RELATED DATES   -1
Case No. 2:23-CV-00154-BJR

McKEAN SMITH
655 W Columbia Way, Ste. 504
Vancouver, WA 98660
P: 360.502.7022
F: 360.558.7973

These dates are set at the direction of the Court after reviewing the stipulated motion to extend trial date and related dates submitted. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED.**

This 8th day of January 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge


Presented by:    McKean Smith

_____   01/05/2024
Collin C. McKean, WSBA No. 42261
655 W. Columbia Way, Suite 504
Vancouver, WA 98660
Telephone: 360-502-7022
Collin@McKeanSmithLaw.com
Attorney for Plaintiff

AMENDED ORDER SETTING TRIAL DATE
AND RELATED DATES       -2
Case No. 2:23-CV-00154-BJR

MCKEAN SMITH
655 W Columbia Way, Ste. 504
Vancouver, WA 98660
P: 360.502.7022
F: 360.558.7973

| | | |
|---|---|---|
| 1 | It is so stipulated: | Lane Powell PC |
| 2 | | s/ Aaron Schaer |
| 3 | | Jeffrey M. Odom, WSBA No. 36168 |
| | | Aaron Schaer, WSBA No. 52122 |
| 4 | | Daniel Miller, WSBA No. 56810 |
| | | 1420 Fifth Avenue, Suite 4200 |
| 5 | | P.O. Box 91302 |
| | | Seattle, Washington 98111-9402 |
| 6 | | Telephone: 206.223.7000 |
| | | odomj@lanepowell.com |
| 7 | | schaera@lanepowell.com |
| | | millerd@lanepowell.com |
| 8 | | Attorneys for Defendant Lock-N-Lift, Inc. |
| 9 | | Attorneys for Defendant Lock-N-Lift, LLC |

AMENDED ORDER SETTING TRIAL DATE
AND RELATED DATES              -3
Case No. 2:23-CV-00154-BJR