THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIQUIYAH ZAMORA, AKA MIQUIYAH
J. ZAMORA SIMMONS,

                              Plaintiff,

        v.

LOCK-N-LIFT, INC., a foreign (Nevada)
Corporation, and LOCK-N-LIFT LLC, a
foreign (Nevada) Limited Liability Company

                              Defendants.

Case No.  2:23-cv-00154 BJR

**ORDER SETTING TRIAL DATE AND
RELATED DATES**

        The following dates are set at the direction of the Court after reviewing the stipulated

motion to extend trial date and related dates submitted.

| | |
|---|---|
| TRIAL DATE | February 3, 2025 |
| Reports from expert witness under FRCP 26(a)(2) due | July 8, 2024 |
| Discovery completed by | August 8, 2024 |
| All dispositive motions must be filed by | September 4, 2024 |
| All motions *in limine* must be filed by | December 30, 2024 |
| Joint Pretrial Statement | January 6, 2025 |

ORDER SETTING TRIAL DATE
AND RELATED DATES - 1
Case No. 2:23-cv-00154 BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134955.0001/9702840.1

| Pretrial conference | January 21, 2025 |
|---|---|
| Length of Bench Trial | 5 days |

All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED.** DATED this 27th day of March, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LANE POWELL PC

By:   *s/ Daniel Miller*
       Jeffrey M. Odom, WSBA No. 36168
       Aaron Schaer, WSBA No. 52122
       Daniel Miller, WSBA No. 56810
       1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
       Seattle, Washington 98111-9402
       Telephone:  206.223.7000
       odomj@lanepowell.com
       schaera@lanepowell.com
       millerd@lanepowell.com

*Attorneys for Defendants*

ORDER SETTING TRIAL DATE
AND RELATED DATES - 2
Case No. 2:23-cv-00154 BJR

134955.0001/9702840.1

1

MCKEAN SMITH

2

By:   *s/ Collin C. McKean (via email authorization)*

3

       Collin C. McKean, WSBA No. 42261

       655 W. Columbia Way, Suite 504

4

       Vancouver, WA 98660

       Telephone: 360-502-7022

5

       Collin@McKeanSmithLaw.com

       Attorney for Plaintiff

6

7

*Attorney for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER SETTING TRIAL DATE
AND RELATED DATES - 3
Case No. 2:23-cv-00154 BJR

134955.0001/9702840.1