THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUIYAH ZAMORA, AKA MIQUIYAH J. ZAMORA SIMMONS,<br><br>                    Plaintiff,<br><br>v.<br><br>LOCK-N-LIFT, INC., a foreign (Nevada) Corporation; LOCK-N-LIFT, LLC, a foreign (Nevada) Limited Liability Corporation,<br><br>                    Defendants. | Case No. 2:23-cv-00154 BJR<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>June 25, 2024 |

Plaintiff MIQUIYAH ZAMORA, AKA MIQUIYAH J. ZAMORA SIMMONS and Defendants LOCK-N-LIFT, INC. and LOCK-N-LIFT, LLC having conferred and agreed upon an acceptable settlement of this case and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety with prejudice, including all claims and defenses alleged in this case. Each side shall bear its own attorney's fees and costs.

IT IS SO STIPULATED this 25th day of June, 2024.

---

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** - 1
Case No. 2:23-cv-00154 BJR

134955.0001/9789264.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: June 25, 2024

LANE POWELL PC

By: _____
Jeffrey M. Odom, WSBA No. 36168
Aaron Schaer, WSBA No. 52122
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
odomj@lanepowell.com
schaera@lanepowell.com
millerd@lanepowell.com

*Attorneys for Defendants Lock-N-Lift, Inc. and Lock-N-Lift LLC*


MCKEAN SMITH

By: _____
Collin C. McKean, WSBA No. 42261
655 W. Columbia Way, Suite 504
Vancouver, WA 98660
Telephone: 360-502-7022
Collin@McKeanSmithLaw.com

*Attorney for Plaintiff*

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** - 2
Case No. 2:23-cv-00154 BJR

134955.0001/9789264.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

IT IS SO ORDERED. All claims and requests for relief in this matter are hereby DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

Dated this 26th of June, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LANE POWELL PC

By _____
Jeffrey M. Odom, WSBA No. 36168
Aaron Schaer, WSBA No. 52122
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
odomj@lanepowell.com
schaera@lanepowell.com
millerd@lanepowell.com

*Attorneys for Defendants Lock-N-Lift, Inc. and Lock-N-Lift LLC*

MCKEAN SMITH

By _____
Collin C. McKean, WSBA No. 42261
655 W. Columbia Way, Suite 504
Vancouver, WA 98660
Telephone: 360-502-7022
Collin@McKeanSmithLaw.com

*Attorney for Plaintiff*

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** - 3
Case No. 2:23-cv-00154 BJR

134955.0001/9789264.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107